UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEONDRE SAMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DOCKSIDE MARINE SYSTEMS, INC.,<br><br>    Defendant. | Case No. 2:24-cv-00700<br><br>STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT<br><br>***(Clerk's Action Required)*** |

## I.   STIPULATION

Plaintiff Deondre Sampson ("Sampson") and Defendant Dockside Marine Systems, Inc. ("Dockside") agree and stipulate that counsel for Dockside, Jeremy Jones and Christopher Nicoll, and the law firm of Nicoll Black & Feig PLLC, should be permitted to withdraw from this action, and that Midori R. Sagara and the law firm of Buchalter, 1420 Fifth Avenue, Suite 3100, Seattle, Washington 98101, should be permitted to appear as Dockside's new counsel. The purpose of the stipulated substitution is for the parties to finalize the settlement documents, including the stipulation and order of dismissal with prejudice, for a global settlement in which Ms. Sagara represented Dockside.

//

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
CASE NO.: 25-2-00072-36

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

DATED this 23rd day of April, 2025.

MARINER LAW, PLLC

*/s Adam E. Deitz*
Adam E. Dietz, WSBA #55965
**Attorney for Plaintiff**

Nicoll Black & Feig PLLC.

*/s Christopher W. Nicoll*

*/s Jeremy B. Jones*
Christopher W. Nicoll, WSBA #20771
Jeremy B. Jones, WSBA #44138
**Withdrawing attorneys for Defendant**

BUCHALTER

*s/ Midori R. Sagara*
Midori R. Sagara, WSBA #39626
**Substituting attorney for Defendant**

STIPULATION AND [PROPOSED]
ORDER RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
DEFENDANT - 2
CASE NO. 2:24-CV-00700

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

## II. ORDER

Pursuant to the foregoing Stipulation, the Court Orders:

Jeremy Jones and Christopher Nicoll, and the law firm of Nicoll Black & Feig PLLC, are hereby withdrawn as counsel for Defendant Dockside Marine Systems, Inc. ("Dockside"), and Midori R. Sagara and the law firm of Buchalter, 1420 Fifth Avenue, Suite 3100, Seattle, Washington 98101, are substituted in as counsel for Dockside.

DATED this 25th day of April, 2025.

_/s/ John C. Coughenour_

HONORABLE JOHN C. COUGHENOUR

Presented by:

MARINER LAW, PLLC

*/s Adam E. Deitz*
Adam E. Dietz, WSBA #55965
**Attorney for Plaintiff**

Nicoll Black & Feig PLLC.

*/s Christopher W. Nicoll*

*/s Jeremy B. Jones*
Christopher W. Nicoll, WSBA #20771
Jeremy B. Jones, WSBA #44138
**Withdrawing attorneys for Defendant**

BUCHALTER

STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT - 3
CASE NO. 2:24-CV-00700

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

*s/ Midori R. Sagara*
Midori R. Sagara, WSBA #39626
**Substituting attorney for Defendant**

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April 2024, I caused to be served a copy of the foregoing STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT on the following person(s) in the manner indicated below at the following address(es):

**Counsel for Plaintiffs**
Adam Deitz, WSBA #55965
Mariner Law PLLC
406 S 1st St., Ste. 300
Mount Vernon, WA 98273
adam@marinerlaw.com

☒ U.S. Mail
☐ Hand Delivery
☐ E-Service
☒ E-mail

By: *s/ Cynthia Daniel*
Cynthia Daniel, Legal Assistant
cdaniel@buchalter.com

STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT - 4
CASE NO. 2:24-CV-00700

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052