THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEONDRE SAMPSON, | CASE NO. C24-0700-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DOCKSIDE MARINE SYSTEMS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for dismissal (Dkt. No. 13). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulated motion is self-executing and this action is DISMISSED with prejudice and without costs or attorney fees to any party. The Clerk is DIRECTED to close this case.

//

//

//

DATED this 3rd day of July 2025.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk
